| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| MOODY, JR., JAMES S. | U.S.Dist.Ct.Middle Dist.FL | 5/12/2009 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Dist. Ct. Judge (Active) | ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 01/01/2008 to 12/31/2008 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U. S. District Court 801 North Florida Avenue #13A Tampa, FL 33602 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | ██████ Trust |
| 2. Director | University of Florida Law School Advisory Board |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Moody Jr_James_S

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S. | 5/12/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | Humana Inc. - Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S. | 5/12/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Merrill Lynch | individual loan secured by account | J |
| 2. Capital One - Mastercard | credit card | J |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S. | 5/12/2009 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. SUN TRUST CASH ACCOUNTS | | | | | | | | | |
| 2. -- Individual checking | A | Interest | J | T | | | | | |
| 3. -- McIntosh Road | A | Interest | J | T | | | | | |
| 4. -- Checking | A | Interest | J | T | | | | | |
| 5. -- Savings | A | Interest | J | T | | | | | |
| 6. -- Individual | A | Interest | J | T | | | | | |
| 7. MERRILL LYNCH CASH ACCOUNTS | | | | | | | | | |
| 8. -- Bilmar (formerly Polk Cnty #19) | A | Interest | J | T | | | | | |
| 9. -- Individual #1 ▓ | A | Interest | M | T | | | | | |
| 10. -- Individual #2 ▓ | A | Interest | K | T | | | | | |
| 11. -- Individual #3 ▓ | A | Interest | J | T | Open | 12-02 | J | | |
| 12. -- ▓ Trust #1 | A | Interest | J | T | | | | | |
| 13. -- ▓ Trust #2 | A | Interest | L | T | | | | | |
| 14. -- Custodian #1 | | | | | | | | | Read #3 in Part VIII |
| 15. -- ▓ Y & M | A | Interest | J | T | | | | | |
| 16. -- ▓ condo | A | Interest | J | T | | | | | |
| 17. MERRILL LYNCH - RETIREMENT ACCT | D | Interest | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S. | 5/12/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. —Bank of America | | | | | | | | | |
| 19. --Sun Trust | | | | | | | | | |
| 20. —Wachovia | | | | | | | | | |
| 21. —Washington Mutual | | | | | Buy (add'l) | 01-10 | J | | |
| 22. | | | | | Buy (add'l) | 05-20 | J | | |
| 23. -- Regions Bank | | | | | Buy (add'l) | 06-20 | J | | |
| 24. --American Smallcap World | | | | | | | | | |
| 25. --American Growth | | | | | | | | | |
| 26. BANK OF AMERICA STOCK | E | Dividend | M | T | Buy (add'l) | 07-09 | J | | |
| 27. | | | | | Sold (part) | 08-20 | J | | |
| 28. | | | | | Buy (add'l) | 10-16 | J | | |
| 29. | | | | | Sold (part) | 12-23 | J | | |
| 30. | | | | | Sold (part) | 12-29 | J | | |
| 31. GEO THERMAL STOCK | | None | K | W | | | | | |
| 32. CITIGROUP | | None | | | Sold | 01-02 | J | | |
| 33. REGIONS | A | Dividend | K | T | Buy (add'l) | 06-20 | J | | |
| 34. | | | | | Buy (add'l) | 07-09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S. | 5/12/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 08-21 | J | | |
| 36. | | | | | Sold (part) | 09-24 | K | B | |
| 37. | | | | | Buy (add'l) | 10-16 | J | | |
| 38. CARNIVAL | A | Dividend | J | T | | | | | |
| 39. SUN TRUST | A | Dividend | J | T | Buy (add'l) | 06-20 | K | | |
| 40. | | | | | Sold (part) | 09-24 | K | | |
| 41. | | | | | Buy (add'l) | 10-24 | K | | |
| 42. | | | | | Buy (add'l) | 11-12 | K | | |
| 43. | | | | | Sold (part) | 12-23 | J | | |
| 44. | | | | | Sold (part) | 12-29 | K | | |
| 45. WACHOVIA | A | Dividend | | | Buy (add'l) | 06-20 | K | | |
| 46. | | | | | Sold | 12-23 | J | | |
| 47. WASHINGTON MUTUAL | A | Dividend | | | Buy (add'l) | 01-02 | J | | |
| 48. | | | | | Sold (part) | 03-26 | J | | |
| 49. | | | | | Buy (add'l) | 03-10 | J | | |
| 50. | | | | | Buy (add'l) | 03-20 | J | | |
| 51. | | | | | Buy (add'l) | 04-22 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S. | 5/12/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 06-20 | J | | |
| 53. | | | | | Buy (add'l) | 07-02 | J | | |
| 54. | | | | | Buy (add'l) | 08-25 | J | | |
| 55. | | | | | Sold | 12-23 | J | | |
| 56. ALLIED CAPITAL | A | Dividend | J | T | Buy | 11-10 | J | | |
| 57. | | | | | Buy (add'l) | 12-02 | J | | |
| 58. CALAMOS | A | Dividend | J | T | Buy | 11-10 | J | | |
| 59. REAL PROPERTY | | | | | | | | | |
| 60. – Diamond Hill, Valrico, FL | A | Rent | M | W | | | | | |
| 61. -- Condo, Longboat Key, FL | D | Rent | N | W | | | | | |
| 62. -- Condo, Tampa (Ryan) | | None | M | W | | | | | |
| 63. – Rental property, McIntosh, Hillsborough Co., FL | D | Rent | N | W | | | | | |
| 64. – Property #1, Celo, NC | | None | O | W | | | | | |
| 65. -- Celo, NC- Blue Tract | | None | N | W | | | | | |
| 66. -- Property #3, Highlands, NC | | None | M | W | | | | | |
| 67. – North Carolina condo | D | Rent | N | W | | | | | |
| 68. -- Rental property, Plant City, FL | E | Rent | O | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. —Tampa condo #2 (Jamey) | | None | M | W | | | | | |
| 70. —Tampa condo #3 (Ashley) | | None | M | W | | | | | |
| 71. —Tampa condo #4 (Harbor Ct) | D | Rent | N | W | | | | | |
| 72. --Bilmar 745 | E | Rent | N | W | | | | | |
| 73. —Bilmar 747 | E | Rent | N | W | | | | | |
| 74. —Gainesville condo | | None | N | W | | | | | |
| 75. INVESTMENT PARTNERSHIP | G | Dividend | P1 | T | | | | | |
| 76. — LSI Corporation | | | | | | | | | |
| 77. -- Bank of America stock | | | | | Buy (add'l) | 03-20 | K | | |
| 78. | | | | | Buy (add'l) | 06-26 | J | | |
| 79. | | | | | Buy (add'l) | 07-01 | L | | |
| 80. | | | | | Buy (add'l) | 10-16 | K | | |
| 81. | | | | | Sold (part) | 12-26 | M | | |
| 82. — Bank of Granite stock | | | | | | | | | |
| 83. -- B & K Bank Stock | | | | | | | | | |
| 84. --B B & T | | | | | Buy (add'l) | 01-03 | M | | |
| 85. | | | | | Sold (part) | 09-24 | O | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 HI =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S. | 5/12/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 10-16 | N | | |
| 87. — Best Buy | | | | | | | | | |
| 88. -- Colonial Bancgroup stock | | | | | Sold | 12-23 | J | | |
| 89. -- First Horizon stock | | | | | Buy (add'l) | 04-17 | K | | |
| 90. | | | | | Buy (add'l) | 04-24 | K | | |
| 91. | | | | | Buy (add'l) | 05-13 | L | | |
| 92. | | | | | Sold (part) | 08-20 | L | | |
| 93. — Horry Cnty SC Sch Dist. Bond | | | | | Buy | 11-21 | L | | |
| 94. --Calamos | | | | | Buy (add'l) | 09-09 | M | | |
| 95. | | | | | Sold (part) | 12-23 | L | | |
| 96. | | | | | Sold (part) | 12-24 | J | | |
| 97. — Greer Bancshares | | | | | | | | | |
| 98. --Johnson and Johnson | | | | | Sold (part) | 03-26 | L | A | |
| 99. | | | | | Buy (add'l) | 10-9 | M | | |
| 100. -- SunTrust stock | | | | | Buy (add'l) | 07-10 | K | | |
| 101. -- Wachovia stock | | | | | Buy (add'l) | 03-07 | M | | |
| 102. | | | | | Buy (add'l) | 03-20 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S. | 5/12/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -- Regions Bank | | | | | Buy | 01-04 | M | | |
| 104. | | | | | Sold | 02-21 | M | | |
| 105. | | | | | Buy | 03-06 | L | | |
| 106. | | | | | Buy (add'l) | 03-20 | K | | |
| 107. | | | | | Buy (add'l) | 03-24 | K | | |
| 108. | | | | | Buy (add'l) | 05-29 | L | | |
| 109. | | | | | Buy (add'l) | 06-02 | K | | |
| 110. | | | | | Buy (add'l) | 07-02 | K | | |
| 111. | | | | | Sold | 09-24 | M | | |
| 112. -- Dell stock | | | | | Sold | 07-23 | K | | |
| 113. -- Pfizer stock | | | | | Sold | 12-23 | L | | |
| 114. --Valero Energy | | | | | Buy (add'l) | 10-7 | L | | |
| 115. --Wa Mu | | | | | | | | | |
| 116. -- Nucor Corporation | | | | | Buy | 08-28 | K | | |
| 117. | | | | | Buy (add'l) | 09-22 | K | | |
| 118. | | | | | Buy (add'l) | 10-7 | L | | |
| 119. | | | | | Buy (add'l) | 10-16 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S. | 5/12/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  — AT&T | | | | | Buy | 10-15 | L | | |
| 121.  TRUST #1 - Income Beneficiary | G | Dividend | P1 | T | | | | | |
| 122.  — Regions | | | | | Buy (add'l) | 01-09 | J | | |
| 123. | | | | | Sold (part) | 12-19 | L | | |
| 124.  — Bank of America stock | | – | | | | | | | |
| 125.  —Calamos | | | | | Buy (add'l) | 09-09 | L | | |
| 126. | | | | | Buy (add'l) | 10-02 | L | | |
| 127. | – | | | | Sold (part) | 12-19 | L | | |
| 128.  — BB&T | | | | | Sold (part) | 9-22 | K | | |
| 129.  — First Horizon stock | | | | | Sold (part) | 09-22 | L | | |
| 130.  — Motorola stock | | | | | Sold | 12-19 | J | | |
| 131.  — Spectra Energy | | | | | | | | | |
| 132.  — SunTrust stock | | | | | | | | | |
| 133.  — Wachovia stock | | | | | Buy (add'l) | 03-10 | L | | |
| 134. | | | | | Sold (part) | 12-19 | J | | |
| 135.  MORTGAGE REC. #2, Wimauma, FL | D | Interest | L | T | | | | | |
| 136.  ███████ TRUST/MERRILL LYNCH | D | Int./Div. | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S. | 5/12/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -- Allied Capital | | | | | Buy (add'l) | 11-12 | J | | |
| 138. | | | | | Sold | 12-18 | J | | |
| 139. -- Regions Bank | | | | | | | | | |
| 140. -- Bank of America stock | | | | | Sold (part) | 01-11 | K | | |
| 141. --Calamos | | | | | Buy (add'l) | 11-12 | J | | |
| 142. --Citi Group | | | | | | | | | |
| 143. -- Colonial Banc Group | | | | | | | | | |
| 144. -- Johnson & Johnson | | | | | | | | | |
| 145. -- Pfizer stock | | | | | | | | | |
| 146. -- St. Joe stock | | | | | Sold (part) | 03-24 | K | | |
| 147. -- UST stock | | | | | Sold (part) | 09-11 | L | D | |
| 148. -- Washington Mutual stock | | | | | Buy (add'l) | 03-20 | K | | |
| 149. | | | | | Buy (add'l) | 05-20 | J | | |
| 150. | | | | | Buy (add'l) | 09-22 | J | | |
| 151. | | | | | Sold | 12-18 | J | | |
| 152. -- Wachovia stock | | | | | Buy (add'l) | 01-11 | K | | |
| 153. | | | | | Buy (add'l) | 03-20 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S. | 5/12/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 05-20 | K | | |
| 155. | | | | | Buy (add'l) | 09-22 | J | | |
| 156. | | | | | Sold (part) | 12-18 | K | | |
| 157. –Wal-Mart | | | | | Sold (part) | 04-21 | K | B | |
| 158. –Sun Trust | | | | | | | | | |
| 159. – Home Depot | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S. | 5/12/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report)*

1) Removed Tampa Condo #4 which was item #54 on the 2007 financial report. This property was converted to a primary residence during 2008.

2) Line 10 Part VII Individual #2 ( ████ This account was combined on the 2007 report on line 15 of the 2007 report.

3) Line 14 Part VII Custodian Acct. Filer no longer has ██████████ and has no legal authority over this account.

4) Line 32 Part VII Citigroup. Correcting error on 2007 report. Citigroup was inadvertently left off the 2007 report

5) Line 159 Part VII Home Depot. Correct error on 2007 report. Home Depot was inadvertently left off the 2007 report.

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S. | 5/12/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544